USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, it is hereby ORDERED that:

1. No later than **June 19, 2025**, defendant Kesin Pharma Corporation (Kesin) must serve written responses to plaintiff's Requests for Production in accordance with Fed. R. Civ. P. 34(b)(2) and produce all non-privileged responsive documents. Kesin must state, in accordance with Rule 34(b)(2)(C), whether responsive documents were withheld on the basis of an objection made pursuant to Rule 34(b)(2)(B) (other than privilege) or whether, after a reasonably diligent search, no non-privileged, responsive documents were found.

2. No later than **June 26, 2025**, defendant Kesin must:

    a. Serve written responses to plaintiff's Requests for Admission in accordance with Fed. R. Civ. P. 36(a)(4)-(5);

    b. Serve written responses to plaintiff's interrogatories in accordance with Fed. R. Civ. P. 33(b);

    c. Produce documents responsive to plaintiff's Requests for Production in accordance with Fed. R. Civ. P. 34(b)(2)(E); and

    d. Serve a privilege log in compliance with Local Civ. R. 26, as to any document or information withheld on privilege grounds.

Dated: New York, New York
       June 12, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**