

**MEMO ENDORSED**

WONG FLEMING
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2025__

LINDA WONG
Member of NJ, PA, NY, VA, GA and DC Bars

lwong@wongfleming.com

September 10, 2025

**VIA ECF**
Hon. Barbara Moses, U.S.M.J.
U.S. District Court for the
   Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Application GRANTED. The status conference scheduled for September 17, 2025 is ADJOURNED *sine die*. No later than one week after the conclusion of the scheduled mediation, the parties must notify the Court whether they successfully resolved the case. SO ORDERED.
>
> _/s/ Barbara Moses_   9/11/2025
> Barbara Moses, U.S.M.J.

Re:   **Sandoz Inc. v. Kesin Pharma Corporation,**
      **Case No. 1:24-cv-8877**

Dear Judge Moses:

      This firm represents Plaintiff Sandoz Inc. and with the consent of Defendants Kesin Pharma Corporation and Narasimhan Mani, we are requesting that the conference scheduled on September 17, 2025, be adjourned because I have a conflict that day for a mediation that was scheduled in another matter in New Jersey, and the parties are completing depositions in September, and have scheduled a mediation on October 4, 2025. Since the parties are proceeding expeditiously to conclude fact discovery and mediate this case, it may be a better use of the Court's time to further report to the Court if the mediation is unsuccessful. Thank you for Your Honor's consideration in adjourning the September 17 conference and rescheduling the conference for the latter part of October or November.

      Respectfully submitted,

      WONG FLEMING, P.C.
      Attorneys for Plaintiff Sandoz Inc.

      _/s/ Linda Wong_____
      Linda Wong

LW/ss
File No. 26650008

400 ALEXANDER PARK DRIVE, SUITE 201 • P.O. BOX 3663 • PRINCETON, NJ 08543-3663
TEL: (609) 951-9520 • FAX: (609) 951-0270
WWW.WONGFLEMING.COM

CALIFORNIA • DISTRICT OF COLUMBIA • FLORIDA • GEORGIA • ILLINOIS • INDIANA
MICHIGAN • NEW JERSEY • NEW YORK • PENNSYLVANIA • TEXAS • WASHINGTON
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED