```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct a status conference on **January 27, 2026, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At least one week prior to that date (no later than **January 20, 2026**), the parties must submit a joint status update letter outlining the progress of discovery to date, the parties' plans for summary judgment, and any further efforts to settle their dispute. If there are no significant controversies requiring judicial intervention at that time, the parties may request, in their joint status update letter, that the conference be conducted remotely.

Dated:  New York, New York
          October 20, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**