UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of third-party defendant Narasimhan Mani's letter, dated October 29, 2025 (Dkt. 51), seeking leave to move to amend his counterclaims. Dr. Mani's request falls within my reference for general pretrial management (Dkt. 15), which includes scheduling, discovery, non-dispositive pretrial motions, and settlement. I do not require pre-motion letters or conferences for motions to amend. *See* Moses Ind. Prac. § 2(d). If Dr. Mani cannot obtain written consent from the opposing party to amend, *see* Fed. R. Civ. P. 15(a)(2), he is free to file his motion.

Dated: New York, New York
       October 30, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**