```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   01/30/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to the Court's order on January 21, 2026 (Dkt. 63), the parties' deadline to submit a joint status letter was January 28, 2026, in advance of the upcoming status conference on February 4, 2026. The Court has not received the parties' letter. The parties must submit their joint letter no later than **February 2, 2026**. In that letter, the parties must address their positions with respect to expert discovery, the close of which is on February 20, 2026 (*see* Dkts. 54, 56), and any other matters they believe may be relevant to my jurisdiction at this time.

Dated: New York, New York
      January 30, 2026

**SO ORDERED**.

_____

**BARBARA MOSES**
**United States Magistrate Judge**