UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/03/26___

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a change in the Court's schedule, the oral argument scheduled for April 6, 2026, at 10:00 a.m. (Dkts. 75, 83), regarding third-party Mani's motion for advancement of attorneys' fees, is hereby RESCHEDULED to **April 6, 2026**, at **10:30 a.m.**

Dated: New York, New York
      April 3, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**