UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

               Plaintiff,

-against-

KESIN PHARMA CORPORATION,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/06/26___

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons placed on the record at the conclusion of today's oral argument, third-party defendant Dr. Narasimhan Mani's motion for advancement (Dkt. 62) is GRANTED.

Third-party plaintiff Kesin Pharma Corporation (Kesin) having lodged no objection to the reasonableness of the amount of fees and expenses requested by Dr. Mani for work performed by his counsel through December 2025, which total $ 310,676.52, those fees and expenses must be paid within 30 days of today. Going forward, Dr. Mani must provide Kesin's counsel with documentation of his reasonable attorneys' fees and expenses incurred in the defense of this action on a monthly basis, and Kesin must pay those sums within 30 days of receipt of such documentation, subject to Dr. Mani's undertaking to repay advanced fees and expenses if it shall be ultimately determined that Dr. Mani is not entitled to indemnification.

The Clerk of Court is respectfully directed to close the motion at Dkt. 62.

Dated: New York, New York
      April 6, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**