```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   05/14/26
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDOZ INC.,

        Plaintiff,

-against-

KESIN PHARMA CORPORATION,

        Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of plaintiff's May 12, 2026 motion seeking civil contempt sanctions (Dkt. 131) and supporting papers (Dkts. 133-34). Defendant's opposition papers are due no later than **May 26, 2026**. *See* Local Civ. R. § 6.1(b). Plaintiff's reply papers, if any, are due no later than **June 2, 2026**. *Id*. This Court will conduct a contempt hearing on **June 11, 2026, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
      May 14, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**