UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/11/26___

SANDOZ INC.,

              Plaintiff,

-against-

KESIN PHARMA CORPORATION,

              Defendant.

24-CV-8877 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record at the conclusion of this morning's contempt hearing, third-party plaintiff Kesin Pharma Corporation (Kesin) and third-party defendant Dr. Narasimhan Mani are directed to promptly meet and confer in a good faith effort to resolve the dispute over Kesin's compliance with this Court's Order dated April 6, 2026 (Dkt. 98). No later than **June 18, 2026**, Kesin and Dr. Mani must file a joint letter updating the Court as to the status of their negotiations.

Dated: New York, New York
      June 11, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**